# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 2:08-CR-00245-LSC-PWG |
| | ) | |
| **LARRY P. LANGFORD** and | ) | **TO BE FILED UNDER SEAL** |
| **WILLIAM B. BLOUNT** | | |

## MOTION TO FILE DOCUMENT UNDER SEAL

Comes now the United States of America, by and through James E. Phillips, Attorney for the United States, acting under authority conferred by 28 U.S.C. § 515, and respectfully requests permission to file the Government's Motion for Protective Order under seal. In support hereof, the United States asserts that the motion discusses evidence that is inadmissible at trial.

Respectfully submitted,

JAMES E. PHILLIPS
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515


/s/
GEORGE A. MARTIN, JR.
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I certify that on August 3, 2009, I filed this document electronically with the United States District Court for the Northern District of Alabama using the CM/ECF system and thereby caused a copy to be served on the defendants' counsel of record.

/s/
GEORGE A. MARTIN, JR.
Assistant United States Attorney